UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

**GREENBLATT, LIEBERMAN, RICHARDS & WEISHOFF**
**203 HIGH STREET**
**MT. HOLLY, NJ 08060**
**(609)267-1301**
**Counsel for Woods Edge Apartments**

In Re:
        Jeniyah Miracle King

| | |
|---|---|
| Case No.: | 26-18243 |
| Chapter: | 13 |
| Hearing Date: | September 1, 2026 |
| Judge: | Altenburg |

## NOTICE OF MOTION
## FOR RELIEF FROM THE AUTOMATIC STAY

TAKE NOTICE that the undersigned will apply to the above named Court, at Mitchell Cohen Federal Court House,1 John F. Gerry Plaza 4th and Cooper Streets - 4th Floor Camden, NJ 08101 on September 1, 2026 at 10:00 a.m.   o'clock, or as soon thereafter as counsel may be heard, for an order to initiate or resume an action in the state court of New Jersey for possession of the premises rented by the debtor located at:Woods Edge Apartments, 220 S. Lenola Road, Apt #D205, Maple Shade, NJ 80852

YOUR RIGHTS MAY BE AFFECTED. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one). If you do not want the court to grant this motion, or if you want the court to consider your views, you or your attorney must file with the clerk at , a written response explaining your position no later than 7 days prior to the hearing date.

If you do not want the court to grant this motion, or if you want the court to consider your views, you or your attorney must file with the clerk at the address listed below, a written response explaining your position no later than 7 days prior to the hearing date.

If you mail your response to the clerk for filing, you must mail it early enough so the court will receive it on or before seven (7) days prior to the hearing date.

A copy of your response must also be mailed to: Joseph Marchand, 106 Hickory Court, Mullica Hill, NJ 08062

If you, or your attorney, do not take the steps outlined above, the court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief.

Dated: August 4, 2026                    GREENBLATT,LIEBERMAN, RICHARDS &WEISHOFF
                                         BY:/S/ MICHAEL S. GREENBLATT, ESQ.
                                         MICHAEL S. GREENBLATT, ESQUIRE