UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

**GREENBLATT, LIEBERMAN, RICHARDS & WEISHOFF**
**203 HIGH STREET**
**MT. HOLLY, NJ 08060**
**(609)267-1301**
**Counsel for Woods Edge Apartments**

| | |
|---|---|
| Case No.: | 26-18243 |
| Chapter: | 13 |

In Re:   Jeniyah Miracle King

| | |
|---|---|
| Hearing Date: | September 1, 2026 |
| Judge: | Altenburg |

## ORDER VACATING STAY

The relief set forth on the following page is hereby **ORDERED**

ORDERED that the automatic stay is vacated to permit the movant to institute or resume and prosecute to conclusion one or more actions in the court(s) of appropriate jurisdiction to pursue the movant's rights in the following:

×  Real property more fully described as:  220 S. Lenola Road, Apt #D205, Maple Shade, NJ 08052

The movant shall serve this order on the debtor, any trustee and any other party who entered an appearance in this matter.