UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

**GREENBLATT, LIEBERMAN, RICHARDS & WEISHOFF**
**203 HIGH STREET**
**MT. HOLLY, NJ 08060**
**(609)267-1301**
**Email: michele@njevictionlaw.com**
**Counsel for: Woods Edge Apartments**

Case No.:       26-18243

Chapter:        13

In Re:
Jeniyah Miracle King

Hearing Date:     September 1, 2026

Judge:        Altenburg

## CERTIFICATION OF SERVICE

1.      I, Michele C. Veneri I am the secretary/paralegal for Greenblatt, Lieberman, Richards & Weishoff.

2.      On August 4, 2026 I sent a copy of the Creditor's Motion to Vacate Stay, Order & Certification  to the parties listed in the chart  below.

3.      I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

August 4, 2026              /S/Michele C. Veneri

Date:      _____      MICHELE C. VENERI

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Joseph Marchand,Esq<br>106 Hickory Court<br>Mullica Hill, NJ 08062 | Trustee | ☐ Hand-delivered<br>☐ X Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Jeniyah Miracle King<br>220 S. Lenola Rd. Apt #D205<br>Maple Shade, NJ 08052 | Debtor | ☐ Hand-delivered<br>☐ X Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Michael Assad, Esq<br>923 Haddonfield Rd. Suite 336<br>Cherry Hill, NJ 08002 | Attorney for debtors | ☐ Hand-delivered<br>☐ X Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

2