| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br>**Greenblatt, Lieberman, Richards & Weishoff, LLC**<br>**203 High Street**<br>**Mount Holly, New Jersey 08060**<br>**Tel. (856)429-1050**<br>**Fax. (609) 267-1305**<br>**Email: michele@njevictionlaw.com**<br>**Counsel for Woods Edge Apartments** | |
| In Re: Jeniyah Miracle King | Case No.:        26-18243<br><br>Chapter:        13<br><br>Hearing Date:    September 1, 2026<br><br>Judge:          Altenburg |

## CERTIFICATION OF LANDLORD IN SUPPORT
## OF MOTION FOR RELIEF FROM THE AUTOMATIC STAY

I, Makini Corsey,  being of full age hereby certifies:

1.   I am property manager for  Woods Edge Apartments, 220 S. Lenola Road, Maple Shade,New Jersey and am fully familiar with the facts of the instant matter.

2.  The debtor(s) is/are  tenant(s) pursuant to a lease agreement.  The monthly rental payment is $1,522.00 per month, late fee of $100.00, together with varying electric charges monthly.

3.   The debtor is a tenant residing at  D205, 220 S. Lenola Road, Maple Shade, NJ 08052.

4.   Presently, the debtor has rental arrears and electric charges due and owing as follows:

May rent  balance                          $700.89

June, July & August 2026 rent:
@ $1,522.00 per month                      $4,566.00

June &July late:                           $200.00

Electric:                                  $58.63

Attorney's Fees & Court
Costs:                                     $849.00

TOTAL AMOUNT DUE:                          $6,374.52

5.   Based on the above, Creditor, respectfully requests an Order vacating the Automatic Stay to proceed with an eviction action in this matter.

6. This Certification is made in support of the creditors Motion to Vacate the Automatic Stay.

I hereby certify that the foregoing statements made by me are true.  I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

                                        /S/ Makini Corsey

Date: August 4, 2026                    _____

                                        Makini Corsey