**United States Bankruptcy Court**
**District of New Jersey**

By: Michael I. Assad (#338972023)
Law Office of Mike Assad, P.C.
923 Haddonfield Road, Suite 336
Cherry Hill, NJ 08002
609-808-3300
mike@assad.law
*Attorney for Debtor*

In re: Jeniyah Miracle King,

*Debtor*.

| | |
|---|---|
| Case No.: | 26-18243-ABA |
| Chapter: | 7 |
| Judge: | Altenburg |

**Notice of Change of Address of Debtor**

| | |
|---|---|
| Old Address: | 220 S Lenola Rd Apt D205<br>Maple Shade, NJ 08052 |
| New Address: | 701 Cecil B Moore Ave Apt 402<br>Philadelphia, PA 19122 |

/s/ Michael I. Assad
*Attorney for Debtor*

08/16/2026
*Date*