Order Filed on September 1, 2026
by Clerk
U.S. Bankruptcy Court
District of New Jersey

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

**GREENBLATT, LIEBERMAN, RICHARDS & WEISHOFF**
**203 HIGH STREET**
**MT. HOLLY, NJ 08060**
**(609)267-1301**
**Counsel for Woods Edge Apartments**

In Re: Jeniyah Miracle King

Case No.: 26-18243
Chapter: 13

Hearing Date: September 1, 2026

Judge: Altenburg

**ORDER VACATING STAY**

The relief set forth on the following page is hereby **ORDERED**

**DATED: September 1, 2026**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

ORDERED that the automatic stay is vacated to permit the movant to institute or resume and prosecute to conclusion one or more actions in the court(s) of appropriate jurisdiction to pursue the movant's rights in the following:

× Real property more fully described as: 220 S. Lenola Road, Apt #D205, Maple Shade, NJ 08052

The movant shall serve this order on the debtor, any trustee and any other party who entered an appearance in this matter.

United States Bankruptcy Court

District of New Jersey

In re:
Jeniyah Miracle King
Debtor

Case No. 26-18243-ABA
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0312-1 | User: admin | Page 1 of 1
Date Rcvd: Sep 01, 2026 | Form ID: pdf903 | Total Noticed: 1

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 03, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Jeniyah Miracle King, 701 Cecil B Moore Ave, Apt 402, Philadelphia, PA 19122-2901 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 03, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 1, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Joseph Marchand | jdmarchand@comcast.net jdmarchand@comcast.net;jmarchand@ecf.axosfs.com |
| Michael I. Assad | on behalf of Debtor Jeniyah Miracle King mike@assad.law mike.assad.law@recap.email;lawofficeofmikeassadpc@jubileebk.net;mike_482@ecf.courtdrive.com;noreply01@assad.law |
| Michael S. Greenblatt | on behalf of Creditor Woods Edge Apartments michele@njevictionlaw.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 4