Certificate Number: 13861-NJ-DE-041449153

Bankruptcy Case Number: 26-18243

13861-NJ-DE-041449153

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on September 15, 2026, at 5:50 o'clock PM PDT, Jeniyah Miracle King completed a course on personal financial management given by internet by Evergreen Financial Counseling, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the District of New Jersey.

Date: September 15, 2026

By: /s/Suzanne Bourbois

Name: Suzanne Bourbois

Title: Counselor