**Information to identify the case:**

| | | | |
|---|---|---|---|
| Debtor 1 | Jeniyah Miracle King<br>First Name Middle Name Last Name | Social Security number or ITIN | xxx–xx–2615 |
| | | EIN | _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | First Name Middle Name Last Name | Social Security number or ITIN | _ _ _ _ |
| | | EIN | _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | District of New Jersey | | |
| Case number: | 26–18243–ABA | | |

# Order of Discharge

12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Jeniyah Miracle King

10/23/26

**By the court:** Andrew B. Altenburg Jr.
United States Bankruptcy Judge

## Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

### Creditors cannot collect discharged debts

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

### Most debts are discharged

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**

Examples of debts that are not discharged are:

- debts that are domestic support obligations;
- debts for most student loans;
- debts for most taxes;
- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;
- debts for most fines, penalties, forfeitures, or criminal restitution obligations;
- some debts which the debtors did not properly list;
- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and
- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

District of New Jersey

In re:
Jeniyah Miracle King
Debtor

Case No. 26-18243-ABA
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0312-1 User: admin 
Date Rcvd: Nov 01, 2026 Form ID: 318 Total Noticed: 30

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 01, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Jeniyah Miracle King, 701 Cecil B Moore Ave, Apt 402, Philadelphia, PA 19122-2901 |
| 521299929 | | City Select Auto Sales, Attn: Bankruptcy, 4375 Route 130 S, Burlington, NJ 08016-2249 |
| 521299939 | | Self Financial Inc., Attn: Bankruptcy, 91 Red River St Unit 1000, Austin, TX 78701-4814 |
| 521299942 | + | State of New Jersey, Motor Vehicle Commission, Attn: Bankruptcy, 225 East State St, PO Box 136 Trenton, NJ 08601-0136 |
| 521299950 | | Woods Edge Apartment Homes, 220 S Lenola Rd, Maple Shade, NJ 08052-1511 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| tr | + | EDI: QJDMARCHAND.COM | Nov 01 2026 05:37:00 | Joseph Marchand, Joseph D. Marchand, Chapter 7 Trustee, 106 Hickory Court, Mullica Hill, NJ 08062-9527 |
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Nov 01 2026 01:43:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Nov 01 2026 01:43:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 521299925 | | Email/Text: CSBankruptcy@austincapitalbank.com | Nov 01 2026 01:41:00 | Austin Capital Bank, Attn: Bankruptcy Dept, 8100 Shoal Creek Blvd, Ste 100, Austin, TX 78757 |
| 521299926 | | EDI: CAPITALONE.COM | Nov 01 2026 05:37:00 | Capital One Financial Corp, Attn: Bankruptcy, 1680 Capital One Dr, McLean, VA 22102-3407 |
| 521299927 | | Email/Text: bankruptcy.notifications@fisglobal.com | Nov 01 2026 01:43:00 | Chex Systems Inc., Attn: Bankruptcy, PO Box 58339 Po Box 583399, Minneapolis, MN 55458-3399 |
| 521299928 | + | Email/Text: omx-bnc-bk-notices@chime.com | Nov 01 2026 01:42:00 | Chime Financial Inc., Attn: Bankruptcy, 101 California St Fl 5, San Francisco, CA 94111-3580 |
| 521299930 | | EDI: AMINFOFP.COM | Nov 01 2026 05:37:00 | First Premier Bank, Attn: Bankruptcy, 3401 S Kiwanis Ave, Sioux Falls, SD 57105-4213 |
| 521299931 | | EDI: IRS.COM | Nov 01 2026 05:37:00 | Internal Revenue Service, Attn: Bankruptcy, PO Box 7346, Philadelphia, PA 19101-7346 |
| 521299945 | | EDI: JCTM | Nov 01 2026 05:37:00 | T-Mobile, Attn: Bankruptcy, PO Box 53410, Bellevue, WA 98015-3410 |
| 521299932 | | Email/Text: bankruptcies@lead.bank | Nov 01 2026 01:41:00 | Lead Bank, Attn: Bankruptcy, 1801 Main St, Kansas City, MO 64108-2352 |
| 521299933 | | Email/Text: EBN@Mohela.com | Nov 01 2026 01:42:00 | MOHELA, Attn: Bankruptcy, 633 Spirit Dr, Chesterfield, MO 63005-1243 |
| 521299936 | | Email/Text: DL-NJEZPASS-Bankruptcies@conduent.com | Nov 01 2026 01:41:00 | NJ E-ZPass, Attn: Bankruptcy, PO Box 4971, Trenton, NJ 08650-4971 |

| | | | | |
|---|---|---|---|---|
| 521299934 | | EDI: NFCU.COM | Nov 01 2026 05:37:00 | Navy Federal Credit Union, Attn: Bankruptcy, 820 Follin Ln SE, Vienna, VA 22180-4907 |
| 521299935 | | Email/Text: netcreditbnc@enova.com | Nov 01 2026 01:43:00 | NetCredit, Attn: Bankruptcy, 175 W Jackson Blvd Ste 600, Chicago, IL 60604-2948 |
| 521299937 | | Email/Text: info@plazaservicesllc.com | Nov 01 2026 01:41:00 | Plaza Services LLC, Attn: Bankruptcy, 110 Hammond Dr Ste 110, Sandy Springs, GA 30328-4806 |
| 521299941 | | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Nov 01 2026 01:41:00 | State of New Jersey, Division of Taxation, Attn: Bankruptcy, 3 John Fitch Way, 5th Floor, Trenton, NJ 08695-0245 |
| 521299938 | | Email/Text: enotifications@santanderconsumerusa.com | Nov 01 2026 01:43:00 | Santander Consumer USA Inc., Attn: Bankruptcy, 1601 Elm St Ste 800, Dallas, TX 75201-7260 |
| 521299940 | ^ | MEBN | Nov 01 2026 01:49:10 | State of New Jersey, Division of Law, Attn: Bankruptcy, 25 Market Street, PO Box 112, Trenton, NJ 08625-0112 |
| 521299943 | + | Email/Text: bankruptcy.notices@sunrisebanks.com | Nov 01 2026 01:42:00 | Sunrise Banks, Attn: Bankruptcy, 2525 Wabash Avenue, St. Paul, MN 55114-1020 |
| 521299944 | + | Email/Text: randall.rees@tabbank.com | Nov 01 2026 01:41:00 | TAB Bank, Attn: Bankruptcy, 4185 Harrison Blvd, Ogden, UT 84403-6400 |
| 521299946 | | Email/Text: usanj.njbankr@usdoj.gov | Nov 01 2026 01:43:00 | U.S. Attorney's Office (NJ), Attn: Civil Process Clerk, 970 Broad St Ste 700, Newark, NJ 07102-2534 |
| 521299947 | | Email/Text: edbknotices@ecmc.org | Nov 01 2026 01:42:00 | U.S. Department of Education, General Counsel, 400 Maryland Ave SW, Washington, DC 20202-0001 |
| 521299948 | ^ | MEBN | Nov 01 2026 01:49:22 | U.S. Department of Justice, Attorney General of the United States, 950 Pennsylvania Ave NW, Washington, DC 20530-0009 |
| 521299949 | | EDI: VERIZONCOMB.COM | Nov 01 2026 05:37:00 | Verizon Wireless, Attn: Bankruptcy, 500 Technology Dr # 550, Saint Charles, MO 63304-2225 |

TOTAL: 25

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 01, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 23, 2026 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Joseph Marchand | jdmarchand@comcast.net jdmarchand@comcast.net;jmarchand@ecf.axosfs.com |
| Michael I. Assad | on behalf of Debtor Jeniyah Miracle King mike@assad.law mike.assad.law@recap.email;lawofficeofmikeassadpc@jubileebk.net;mike_482@ecf.courtdrive.com;noreply01@assad.law |
| Michael S. Greenblatt | on behalf of Creditor Woods Edge Apartments michele@njevictionlaw.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 4